174

Neal D. Reardon, Appellant, v. Agnes M. Herget, Executor of Estate of William P. Herget, Deceased, Appellee.

Gen. No. 9,486.

opinion filed May 28, 1946; released for publication June 24, 1946. Neal D. Reardon, *pro se;* C. V. Frings, for appellee. Opinion by PRESIDING JUSTICE HAYES. Not to be published in full.